AO 199A (Rev. 12/11) Order Setting Conditions of Release

FILED 1:14-MS-113PAS

## UNITED STATES DISTRICT COURT

### District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

2014 JUN -9 A 10: 2

APR 1 6 2013

**FILED**

UNITED STATES OF AMERICA

v.

*Kurt Sanborn*

**Defendant**

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: 13-CR-28-01-SM

IT IS ORDERED that the release of the defendant is subject to the following conditions:

[ X ]   1.  The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

[ X ]   2.  The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

[ X ]   3.  The defendant shall immediately advise the court, defense counsel, and the U.S. Attorney in writing before any change in address and telephone number.

[ X ]   4.  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed or as directed.

[   ]   5.  The defendant shall appear at U.S. District Court, 55 Pleasant St., Concord, NH on _____
_____ at _____ for _____ and when and where as ordered by the Court.

[   ]   6.  The defendant shall sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/11) Additional Conditions of Release                                    USDCNH-40 (8/12)

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ 7. The defendant is placed in the custody of (address to be redacted from electronic version of document entered on CM/ECF):

_____

_____

_____   Tel: _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                         Signed: _____
                                      Custodian or Proxy

☐ 8. The defendant shall:

☑ (a) report on a regular basis as directed by the supervising officer.
☑ (b) maintain or actively seek employment.
☑ (c) refrain from possessing a firearm, destructive device, or other dangerous weapons.
☑ (d) surrender any firearm(s) to Clerk, U.S. District Court, 55 Pleasant St., Concord, NH.
☐ (e) surrender any passport to Clerk, U.S. District Court, 55 Pleasant St., Concord, NH.
☑ (f) obtain no passport.
☐ (g) submit to any method of testing required by the supervising officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
☐ (h) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
☐ (i) meaningfully participate in and complete a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
☐ (j) be detained until he/she can be released directly into an inpatient treatment facility.  Further hearing to be held upon the completion of the program or upon the failure to meaningfully participate in and complete the program.
☑ (k) restrict travel to the State(s) of New Hampshire, ~~A____~~, CT, RI, MA + NY . Any other travel must be pre-approved by the supervising officer.
☐ (l) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
   _____
☐ (m) have no unsupervised contact with any minor children.
☑ (n) refrain from [~~any~~] [✓ excessive use of alcohol.
☐ (o) participate in the following home confinement program components and abide by all the requirements of the program:
   ☐ (1) Curfew: You are restricted to your residence every day [  ] from _____ to _____ , or
      [  ] as directed by the supervising officer, or

*LBN 4-16-13*

                                                            **Page 2 of 4**

AO 199C (Rev. 09/08) Advice of Penalties and Sanctions                                            USDCNH-40 (8/12)

### Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a federal offense while on pre-trial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony, or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment or a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to 10 years of imprisonment and a $250,000 fine or both to tamper with a witness, victim, or informant; to retaliate or attempt to retaliate against a witness, victim, or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) on offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 4/16/2013 _____                              _____
                                                          Signature of Defendant

### Directions to United States Marshal

☐  The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

☑  The defendant is ORDERED released after processing.

Date: 4-16-13 _____                               _____
                                                        ☑  United States Magistrate Judge
                                                        ☐  United States District Judge

cc:    Defendant
       U.S. Attorney
       U.S. Marshal
       U.S. Probation
       Defense Counsel

Page 4 of 4

# East Greenwich Police Department
## Arrest Report

Page: 1
06/05/2014

Arrest #: 14-152-AR
Call #: 14-11529
Incident #: 14-516-OF



```
Date/Time Reported: 06/04/2014 @ 1753
  Arrest Date/Time: 06/04/2014 @ 1825
 Booking Date/Time: 06/04/2014 @ 1846
          Involves: Domestic Violence
             Court: 3rd Division District Court
        Court Date: 06/05/2014 @ 1500
 Reporting Officer: Detective KERRIE MAZUR
 Assisting Officer: PATROL OFFICER DAVID DEL BONIS
   Booking Officer: PATROL OFFICER CHRISTOPHER CALLAN
```

Signature: _____

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | SANBORN, KURT DAVID<br>45 BIRCH ST Apt. #2<br>ATTLEBORO MA 02703 | M | W | 47 | 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 | 401-500-0303 |

```
Military Active Duty: N
        HEIGHT: 510 - 511    WEIGHT: 215 - 225   HAIR: BROWN     EYES: BLUE
          BODY: HEAVY                         COMPLEXION: FAIR
           DOB: 04/23/1967              PLACE OF BIRTH: MASSACHUSETTS
      STATE ID: 10260411                        FBI ID: 574596FD
LICENSE NUMBER: RI 3415555                    ETHNICITY: NOT HISPANIC
```

_____[CONTACT INFORMATION]_____

```
            Home Phone      (Primary)      401-500-0303
            Cell Phone      (Primary)      401-500-0303
```

_____[APPEARANCE]_____

GENERAL APPEARANCE: ORDERLY

GLASSES WORN: NO

_____[FAMILY/EMPLOYMENT INFORMATION]_____

MARITAL STATUS: DIVORCED

EMPLOYER/SCHOOL: THE WORKSHOP
                3760 QUAKER LN
                NORTH KINGSTOWN RI 02852

OCCUPATION: SELF

**East Greenwich Police Department**                                    **Page: 2**
                          Arrest Report                                  06/05/2014

### Arrest #: 14-152-AR
### Call #: 14-11529
### Incident #: 14-516-OF

| # | DEFENDANT(S) | | | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|---|---|

**[RIGHTS/BOOKING CHECKS]**

```
              PHONE USED: N
         ARRESTEE SECURED: Y  06/04/2014  1941
          ARRESTEE CELL #: M-1

            FINGERPRINTED: Y
             PHOTOGRAPHED: Y
                    VIDEO: YES
            SUICIDE CHECK: Performed
                  PERSONS: State&Federal
      NCIC VEHICLE CHECK: Performed
         INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | | | ATTEMPTED | TYPE |
|---|---|---|---|---|---|

```
         LOCATION TYPE: Residence/Home/Apt./Condo     Zone: DIV/MIDDLE/SHIPPETWN
         66 SPRING VALLEY DR
         EAST GREENWICH RI 02818
```

| 1 | VIOLATION OF A DISTRICT COURT PROTECTION ORDER | | | N | Misdemeanor |
|---|---|---|---|---|---|

```
         8-8.1-3              8-8.1      3
                   OCCURRED: 06/04/2014   1753
         SUSPECTED OF USING: Alcohol
```

| 2 | DOMESTIC STALKING | | | N | Felony |
|---|---|---|---|---|---|

```
         11-59-2/AF          11-59    2/12-29-5
                   OCCURRED: 06/04/2014   1700
         SUSPECTED OF USING: Alcohol
```

| # | VICTIM(S) | | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|---|

| 1 | WHARTON, MARY C | F | W | 45 | 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 | 401-398-0929 |
|---|---|---|---|---|---|---|

```
         66 SPRING VALLEY DR
         EAST GREENWICH RI 02818
         DOB: 06/21/1968
         EMPLOYER: NEW ENGLAND INST OF TECH  -  401-203-9994
         ETHNICITY: Not of Hispanic Origin
         RESIDENT STATUS: Resident
         VICTIM CONNECTED TO OFFENSE NUMBER(S): 1   2
         RELATION TO: SANBORN KURT                    Boy/Girl Friend
         CONTACT INFORMATION:
         Home Phone        (Primary)        401-398-0929
         Work Phone        (Primary)        401-203-9994
```

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|

| 1 | VERIZON DROID MAXX PHONE (401)500-0303   14-183-PR | Seized (Not Previously Stolen) |
|---|---|---|

```
         QUANTITY: 1                VALUE: $10.00
         SERIAL #: IMEI: 990004964453983
              DATE: 06/05/2014
             OWNER: SANBORN, KURT DAVID
```

# East Greenwich Police Department

## Arrest Report

Page: 3
06/05/2014

Arrest #: 14-152-AR
Call #: 14-11529
Incident #: 14-516-OF

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 2 | AT & T ALCATEL CELL PHONE - MOD #0T871AG | 14-184-PR | Seized (Not Previously Stolen) |

QUANTITY: 1          VALUE: $10.00
SERIAL #: HTUE53AP6MW18J6
   DATE: 06/05/2014
  OWNER: SANBORN, KURT DAVID

**East Greenwich Police Department**                                    **Page: 1**

**NARRATIVE FOR DETECTIVE KERRIE L MAZUR**

**Ref: 14-152-AR**

**Entered: 06/05/2014 @ 0003        Entry ID: 146**
**Modified: 06/05/2014 @ 1212        Modified ID: 146**

On 4 June 2014 at 1730hrs., I, Detective Mazur got a phone call from Cathy Wharton who advised me that as she had pulled into her office parking lot at 1050 Main St., she believed she had observed Kurt Sanborn's vehicle in the lot. Wharton has an active restraining order against Kurt Sanborn who is her ex-boyfriend. She severed all relationship ties with Sanborn 21 November 2013 after an alleged suicide attempt. She made it very clear to him that he was not welcome in her home and that their romantic relationship was over.

On 29 May 2014 Sanborn was served by Attleboro, Massachusetts police with a restraining order from Wharton. Captain Macdonald called me and informed me that Sanborn had contacted the police himself and said he had heard that there was a restraining order that needed to be served to him. Sanborn responded to Attleboro police headquarters and was successfully served.

I observed Sanborn's vehicle, RI PC 578-293 on a gray Ford Edge, without any occupants, parked on the east side of the 1050 Main building. A check on the plate confirmed it to be Sanborn's vehicle. Wharton informed me by phone that she was leaving her office. I was parked with two other undercover officers across the street in sight of the vehicle and the building. As Wharton's white mini Cooper exited the parking lot, turning south onto Main St., Sanborn was seen quickly descending the stairs which led from Wharton's office. Photographs were obtained of him ducking as he came to the bottom of the stairs, sneaking to his vehicle then driving hurriedly in the same direction as Wharton.

Wharton had proceeded up Cedar Ave. towards Middle Road. We were positioned on Cedar Ave. and were able to observe Sanborn exit the parking lot then continue up Cedar, with his cell phone in his hand, following Wharton. We proceeded to follow Sanborn. I contacted Sgt. Chirnside and advised him of the events. He told Lt. Siple who dispatched a marked vehicle to our location.

We followed Sanborn as he turned right onto Wharton's road, Spring Valley. He suddenly stopped on the side of the road, one house short of Wharton's. We continued past him. He quickly turned around and exited the street, heading west on Middle Road. We continued to follow him and advised dispatch of our location into North Kingstown and then into Exeter. Sanborn abruptly turned right onto South Road and then right again into Reynolds Memorial Field. We exited our vehicle and advised Sanborn we were police officers, asking him to exit his vehicle with his hands in clear view. Officer Delbonis arrived to assist us in the arrest. Officer Delbonis placed Sanborn into the back of his cruiser in handcuffs at 1825hrs. He was advised that he was being arrested for Violation of a No Contact Order against Mary Catherine Wharton.

RISP Trooper Brisson and Trooper Montminy arrived to assist.

Sanborn gave verbal to search his vehicle and two cellular phones found in the front passenger compartment. Later at the station, Sanborn gave written consent to search his Droid phone and his Alcatel phone. Officer Delbonis transported Sanborn back to headquarters where he was photographed, fingerprinted and placed in cell M1. He was allowed to make a phone call. He attempted to call his lawyer.

Sanborn stated he was eating at Ritrovo restaurant near Wharton's office and that he was going to visit his former friend, Tom on Spring Valley drive to say hello when he realized it was a bad idea and turned around. Wharton later stated Sanborn has no relationships with any of the neighbors on her street.

I attempted to contact Gina Affsa, Sanborn's federal probation officer at 1800hrs. A message was left.

Detective Mazur

## East Greenwich Police Department
### Images Associated with 14-152-AR





## East Greenwich Police Department
## Suicide Evaluation Form

Name: **SANBORN,KURT DAVID**
Address: **45 BIRCH ST**
　　　　　**ATTLEBORO, MA.   02703**
　SSN: **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**

ARR #: **14-152-AR**
Date:

DOB: **04/23/1967**

**Observation:**　　　　　　　　　　　　　　　　　　　　　　　**Staple Watchtour Tape**

| | | |
|---|---|---|
| Sad | Unemployed | Terminally Ill |
| Tired | Age 26-32 | Giving Away Property |
| Confused | * No Spouse | Intoxicated/Alcohol |
| Crying | * Prior Arrests | Intoxicated/Drugs |
| Irritable | Wringing Hands | Former Police Officer |
| Pacing | Protective Custody | Unrealistic Comments |
| Silent | Poor Eye Contact | Recent Major Surgery |

Total # of Items Checked  _2_        Multiplied By 1 Equals  _2_

**Questions:**

| | |
|---|---|
| Are You Ill | * Used Alcohol Today |
| Are You Hearing Voices | Used Drugs Today |
| Any Recent Family Deaths | * Seeking Psychiatric Care |
| * Threatened Suicide Before | Attempted Suicide Before |
| Refused To Answer Questions | |

Total # of Items Checked  _3_        Multiplied By 2 Equals  _6_

**Others:**

State Shows Past Threat　　　　　　　State Shows Past Attempt

Do You Feel Like Killing Yourself Now
If Yes, Does Prisoner Have A Suitable Plan

Total # of Items Checked  _0_        Multiplied By 15 Equals  _0_

**Evaluation:**

|    | | |
|---|---|---|
| (0-7 Points) | Low Risk | |
| ** (8-12 Points) | Medium Risk | Total Points  _8_ |
| (13-20 Points) | High Risk | |
| ( > 20 Points) | Very High Risk | |

**Transfer To Other Agencies:**

Accepting Agency Advised Of Past Threat/Attempt:  __ Yes __ No

　　　　　Accepting Agency: _____

　　Signature of Accepting Officer: _____

　　Signature of Releasing Officer: _____



# EAST GREENWICH POLICE DEPARTMENT

176 First Avenue
East Greenwich, Rhode Island, 02818
Tel# 401-884-2244   Fax# 401-886-8653
Detective Division Tel# 401-886-8630

## Consent to Search
### Digital Media

Time _1910hrs._
Date _6/4/14_
Place _EGPD_

I, _Kurt David Sanborn_ , have been informed of my right not to have a search of my computer and/or cellular telephone described below without a search warrant and of my right to refuse to consent to a search do authorize _Warwick Police, / K. Mazur_ of the East _Coventry Police_ Greenwich Police Department to conduct a complete search of my computer and/or cellular telephone described

as: _Verizon - Droid  serial#_          _ph# 401-500-0303_
_Alcatel  ATtT  serial# HTJE53AP6MW18J6 ph#  Unkown_
_model# OT871AG   software version 98TYF70_

(Make sure to note the Make, Model, Serial # Phone #, brief description)

User Name: _none_          Cell Phone          Cell Phone

Password: _none_          Unlock Code _____   Unlock Pattern

◯ ◯ ◯
◯ ◯ ◯
◯ ◯ ◯

I give my consent to this search knowing that if any incriminating evidence is found it can be used against me in a court.

In addition to the above named Police Officer(s) I also give my consent to any member of the RI State Police Computer Crimes Division or the _Warwick/_ Police Department _Coventry_ to conduct an off-site forensic examine to include any and all digital evidence stored on the equipment described above.

I give this written permission to the Police Officer(s) names above voluntarily and without threats or promises of any kind.

Witness _Detective Kerrie Mazur_          _Kurt Sanb_
                                          Signature

# DEPARTMENT OF POLICE

**EAST GREENWICH, RHODE ISLAND 02818**



HEADQUARTERS
TOWN HOUSE

TELEPHONE: 884-2244   886-8639   886-8640

THIS FORM MUST BE SIGNED IN THE PRESENCE OF A POLICE OFFICER

PERMISSION TO SEARCH

I (we) _Kurt D Sanborn_____, have been informed by _
_Detective Kevin Mazur_____ known to me as an authorized law
enforcement officer of the Town of East Greenwich. Rhode Island of my CONSTITU-
TIONAL RIGHT not to have a search made of the premises and property owned by me
and/or under my care, custody and control without a search warrant.

With full knowledge of my lawful right to refuse to consent to such a search, I
willingly give my permission to all and any law enforcement officers of the above
named Town of East Greenwich, to conduct, at their discretion, but only in
accordance with the terms of that certain document entitled "PERMISSION TO ACT AS
AGENT" which I have signed contemporaneously herewith. a complete search of the
premises and property, including all buildings and vehicles, both inside and
outside of the property located and known as _Ford Edge  RIReg576295._ _cell_
_and  1 Droid Cell Phone and 1 Alcatel Phone_
The above said officer(s) further have my permission to take from my premises and
property, any items, including, but not limited to, any alcoholic beverages or
materials suspected by the said officer(s) to be controlled substances, or any
other property or things which they desire as evidence for purposes of potential
criminal prosecution.

This written permission to search without a search warrant is given by me to
members of the East Greenwich Police Department voluntarily and without any
threats or promises of any kind on this _5th_ day of _June_____,
_2014_ .

Signed _____

Date _6/4/14_

This consent is acknowledged by _Detective Kevin Mazur_____
Person left in charge

Witness X _____

Witness _____

**East Greenwich Police Department**
**Incident Report**

Page: 1
05/27/2014

### Incident #: 14-516-OF
### Call #: 14-10236

Date/Time Reported: 05/19/2014 1435
Report Date/Time: 05/19/2014 1502
Status: Incident Open

Reporting Officer: PATROL OFFICER CHRISTOPHER RAFFERTY
Approving Officer: Lieutenant ROBERT SIPLE

Signature: _____

Signature: _____

| # | SUSPECT(S) | | | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SAMBORN, KURT DAVID | | | | M | W | 47 | 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 | 401-500-0303 |
| | 45 BIRCH ST | | | | | | | | |
| | ATTLEBORO MA 02703 | | | | | | | | |

Military Active Duty: N
BODY: NOT AVAIL.                        COMPLEXION: NOT AVAIL.
DOB: 04/23/1967                   PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: RI 3415555           ETHNICITY: NOT HISPANIC

**[CONTACT INFORMATION]**

Home Phone        (Primary)      401-500-0303

| # | OFFENSE(S) | | ATTEMPTED | TYPE |
|---|---|---|---|---|

LOCATION TYPE: Residence/Home/Apt./Condo      Zone: DIV/MIDDLE/SHIPPETWN
66 SPRING VALLEY DR
EAST GREENWICH RI 02818

| 1 | WILLFUL TRESPASS | | | N | Misdemeanor |
|---|---|---|---|---|---|
| | 11-44-26 | 11-44  26 | | | |
| | OCCURRED: 05/19/2014   1435 | | | | |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | WHARTON, MARY C | REPORTING PARTY | F | W | 45 | 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 | 401-398-0929 |
| | 66 SPRING VALLEY DR | | | | | | |
| | EAST GREENWICH RI 02818 | | | | | | |
| | DOB: 06/21/1968 | | | | | | |
| | EMPLOYER: NEW ENGLAND INST OF TECH  ·  401-203-9994 | | | | | | |
| | CONTACT INFORMATION: | | | | | | |
| | Home Phone        (Primary)        401-398-0929 | | | | | | |
| | Work Phone        (Primary)        401-203-9994 | | | | | | |
| 2 | WHARTON, KELLY N | WITNESS | F | W | 21 | 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 | 401-714-1586 |
| | 66 SPRING VALLEY DR | | | | | | |
| | EAST GREENWICH RI 02818 | | | | | | |
| | DOB: 09/02/1992 | | | | | | |
| | EMPLOYER: URI  · | | | | | | |
| | CONTACT INFORMATION: | | | | | | |
| | Home Phone        (Primary)        401-398-0929 | | | | | | |
| | CallBack Number              401-714-1586 | | | | | | |

Case 1:13-cr-00013   Document 23 (Court only)   Filed 6/05/14   Page 14 of 34

**Basic Greenwich Police Department**
**Incident Report**

Page: 2
05/27/2014

Incident #: 14-516-OF
Call #: 14-10236

---

**Attachments for 14-516-OF**

| Description | Type |
|---|---|
| STATEMENT FROM WHARTON | PDF |
| Attachment#: 751409BDF67D4B0690F1CF0742D1A836 | |

Case 1:13-cr-00028-4-Document 33 (Court only) - Filed 6/05/14 - Page 16 of 24

**East Greenwich Police Department**                      **Page: 1**

SUPPLEMENTAL NARRATIVE FOR PATROL OFFICER CHRISTOPHER RAFF

Ref: 14-516-OF

| | |
|---|---|
| **Entered:** 05/20/2014 @ 1055 | **Entry ID:** 124 |
| **Modified:** 05/23/2014 @ 1950 | **Modified ID:** 154 |
| **Approved:** 05/23/2014 @ 1950 | **Approval ID:** 154 |

---

On 5/20/14 I spoke to Kurt Sanborn on the phone and he was very upset about the fact that Mary would come in and file this kind of report against her. He believed that Mary's daughter Kelly was behind all of this and told me that he has threats from Kelly that she would convince her mom into filing this report if he continued a relationship with Mary. Kurt was going to speak to a lawyer about civil action against them for this and was advised by myself not to go to the property and if he needed to go there and get personal items to arrange a time with us so we could go and keep the peace. He also wanted to document that both Mary and Kelly have been texting him and that they allowed him into the home and asked him to stay at the house while the locks were changed.

Ptlm. Chris Rafferty

East Greenwich Police Department                    Page: 1

SUPPLEMENTAL NARRATIVE FOR PATROL OFFICER PATRICK MCCOY

Ref: 14-516-OF

Entered: 05/23/2014 @ 1654      Entry ID: 166
Modified: 05/23/2014 @ 1740      Modified ID: 166
Approved: 05/23/2014 @ 1951      Approval ID: 154

Cathy Wharton responded to EGPD to have documented that her ex-boyfriend, Kurt, again was in her driveway this morning 5-23-14 at 0900 hrs. Kurt was issued a No Trespass Order on her property earlier this week by Ptlm. Rafferty. Cathy just wished we document regarding Kurt arriving at her residence today. I advised her in the future to call us immediately if he arrives at her residence again. I also advised Cathy to consider changing her locks and obtaining a restraining order.



**STATE OF RHODE ISLAND**
**DISTRICT COURT**

D.A. - FILE NO. 14-30A-0123

## DOMESTIC ASSAULT
## AFFIDAVIT

I, Mary Catherine Wharton wish to file a restraining order against Kurt David Senborn because he admitted to breaking & entering through Dog Door & changing my locks while I was @ work. He has violated a no-tresspassing order 2x (see police reports). He continues & harassing texts, e-mails & voice mails. He has been cyber-stalking me, hacking all private messages & responding to people directly.

When 1 person sent me their phone # Kurt called them saying we were married, had children (never married no children together) together & shouldn't be involved with me. He has made some small & infrequent deposits into my bank acct due to owing me $ from his prison term but then put a hold on my acct claiming he never authorized. He has made homicidal threats in the past & has threatened to sue me to take away my home, my professional license & my livelihood. I am in fear for my physical safety, my financial safety & the safety of my children.

He has sent people to show up at my workplace to try to convince me to return to him. I find him in my driveway & around my neighborhood even though I live in E.G. & he lives in Attleboro MA. He has lied about my many things jeopardizing my credit, bills & safety.

SIGNATURE   M. C. Wharton

Subscribed and sworn to before me in Warwick in the County of Kent in the State of Rhode Island and Providence Plantations, this 29 day of May 20 14.

Notary Public/Clerk

05/29/2014 14:03 FROM-

P0002/0004 F-615



STATE OF RHODE ISLAND  AND PROVIDENCE PLANTATIONS

# DISTRICT COURT

## TEMPORARY ORDER PROTECTION FROM ABUSE

| DIVISION OF COURT | ADDRESS OF COURT | D.A. FILE NO. |
|---|---|---|
| 3rd | 222 Quaker Ln. Warwick, RI 02886 | 14-3DA-0123 |

| PLAINTIFF | PLAINTIFF'S ATTORNEY |
|---|---|
| Mary Catherine Wharton 6/21/58 | |
| **VS** | ADDRESS OF PLAINTIFF OR PLAINTIFF'S ATTORNEY |
| | 66 Spring Valley Dr., East Greenwich, RI 02818 |
| DEFENDANT | DEFENDANT'S ADDRESS |
| Kurt David Sanborn 4/23/67 | 45 Birch St #2, Attleboro, MA 02703 |

PURSUANT TO CHAPTER 8-8.1 OR CHAPTER 11-37.2 OF THE GENERAL LAWS OF RHODE ISLAND, and upon consideration of plaintiff's complaint, (and having found that immediate and irreparable injury, loss, or damage will result to the plaintiff before a notice can be served and a hearing had thereon) it is ORDERED:

✓ That the defendant is restrained and enjoined from contacting, assaulting, molesting, or otherwise interfering with plaintiff at home, on the street, or elsewhere.

N/a That the defendant vacate forthwith and remain out of the household located at _____

_____ That _____

This ORDER is effective forthwith, and will remain in effect until June 19, 2014

A hearing on the continuation of this ORDER will be held at the District Court, Kent

County, 3RD Division, at 9 (A.M.) (P.M.) on 6-19-14

If the defendant wishes to be heard, (he/she) will be heard at that time. If (he/she) does not appear at that time, this ORDER shall remain in effect.

A copy of this ORDER shall be transmitted to a Law Officer (a sheriff or constable duly authorized to serve process for the District Court) and shall be served on the defendant herein.

ENTERED as an Order of Court this _____ day

of _____ 20 _____

ENTER: _____     PER ORDER _____

Judge     Clerk

Presented by: _____

Attorney for Plaintiff

SERVED
05/29/14
3:30PM
ATTLEBORO POLICE
CAPT.
MACDONA

**A PERSON WHO VIOLATES THIS ORDER MAY BE GUILTY OF A MISDEMEANOR AND MAY BE PUNISHED BY A FINE OF AS MUCH AS $1,000.00 AND/OR BY CONFINEMENT IN JAIL FOR AS LONG AS ONE (1) YEAR, AND MAY BE ORDERED TO ATTEND COUNSELING. IF THE VICTIM WANTS THIS ORDER TO CONTINUE BEYOND THE EXPIRATION DATE, THE VICTIM MUST APPLY FOR A RENEWAL OF THE ORDER BEFORE THE EXPIRATION DATE.**

DC-5 (revised May 2010)

05/29/2014  14:35  5402223-0  ATTLEBORO POLICE  PAGE  01/02
Case 1:13-cr-00028-SM   Document 23 (Court only)   Filed 06/05/14   Page 20 of 28

(508) 223-2224



## ATTLEBORO POLICE DEPARTMENT

12 Union St., Attleboro, MA 02703 (508)-222-1212 Fax (508) 223-2210

# Fax

To: E. GREENWICH P.D       From: CAPT. TIM MACDONALD

Fax:                        Pages: 2

Phone:                      Date: 05/29/14

Re:                         CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

- <u>NOTICE OF CONFIDENTIALITY:</u>   The documents accompanying this facsimile contain information from the Attleboro Police Department which may be confidential and / or privileged.  The information is intended for use by the individual or entity named on the transmittal sheet. If you are not the intended recipient, be aware that, disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this facsimile in error, please notify the Attleboro Police Department by telephone immediately.

If you encounter problems receiving this transmittal, please contact the sender.

THIS ORDER WAS SERVED ON KURT DAVID SANBORN AT 3:20PM TODAY BY ME.

CAPTAIN JAMES MACDONALD

774-203-1919

Case 1:14-mj-00113-PAS   Document 1   Filed 06/09/14   Page 19 of 25 PageID #: 19
06/05/2004 1:13-65-00023   Document 23 (Court only)   Filed 06/05/14   Page 21 of 24
5082223221   ATTLEBORO POLICE   PAGE   01/04

## ATTLEBORO POLICE DEPARTMENT

12 Union St., Attleboro, MA 02703 (508) 222-1212 Fax (508) 223-2210

# Fax

To: DET. KERIE MAZUR   From: CAPT. JIM MACDONALD

Fax:                          Pages: 4

Phone:                        Date: 06/05/14

Re:                           CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● NOTICE OF CONFIDENTIALITY:   The documents accompanying this facsimile contain information from the **Attleboro Police Department** which may be confidential and / or privileged.  The information is intended for use by the individual or entity named on the transmittal sheet. If you are not the intended recipient, be aware that; disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this facsimile in error, please notify the Attleboro Police Department by telephone immediately.

If you encounter problems receiving this transmittal, please contact the sender.



**Kyle P. Heagney**
Chief Of Police

## Attleboro Police Department
### 12 Union Street
### Attleboro, Massachusetts 02703
Telephone: (508) 223-2224   Fax: (508) 223-2210
attleboropolice.org

June 5, 2014

Detective Kerie Mazur
East Greenwich Police Dept.
East Greenwich, RI

Detective Mazur, this is to advise you that Kurt David Sanborn, DOB 04/23/1967, of 45 Birch Street, #2, Attleboro, MA was served with a Temporary Order of Protection From Abuse, issued by the District Court of Kent County, Rhode Island (14-3DA-0123).

Sanborn was served in hand by me at approximately 3:20PM on Thursday, May 29, 2014.

If you have any further questions, please feel free to contact me.

Captain James G. MacDonald
Operations Division Commander

*Semper Vigilo Paratus et Fidelis*

06/05/2014 1:13:07-00382 .. Document 23 (Court only) Filed 6/05/14   Page 23 of 24   03/04

Main Form                                                                Page 1 of 2

 **ATTLEBORO POLICE DEPT.**
*ATTLEBORO, MA*

## CAD Incident Report #14055469

### Incident Information

| Incident # | Incident Date | | Call Taker |
|---|---|---|---|
| 14055469 | 05/29/2014 15:22:52 | | esm |
| Incident Type | Description | | Priority |
| 3603 REST ORD | EAST GREENWICH RI PD | | 5 |
| Ems Level | Alarm Level | Modified By | Modified Date |
| | | | 05/29/2014 15:22:14 |

### Event Information

| Municipality | Business Name |
|---|---|
| 1 ATTLEBORO | |
| Fire Box | RA |
| | 18 |

| Correct Location | | | |
|---|---|---|---|
| 12 UNION ST | | | |
| Street # | Street Name | Apartment # | Cross Street |
| 12 | UNION ST | | |
| Near | Landmarks | Additional | |
| FOSTER INC #37 | PARK ST TO BAILEY ST | SEGMENT ADDRESSES RANGE FROM 1 TO 37 | |

### Reporting Person

| RP Name | RP Phone | How Received |
|---|---|---|
| SANBORN KURT | | |
| RP Address | Closed By | Date Closed |
| | esm | 05/29/2014 15:23:32 |

## Incidents

| Agency Name | Incident Number |
|---|---|
| ATT-PD | 14055469 |

## Incident Types

| Dispatch Class | Incident Type |
|---|---|
| POLICE | REST ORD |

## Note(s)

06/05/2014 THU 12:35 PM [TX/RX NO 5678]  ☑0020

06/05/2014  09:09   5082253321   ATTLEBORO POLICE                    PAGE  04/04

Main Form                                              Page 2 of 2

| Note Type | Entered By | User ID |
|---|---|---|
| CALL-TKR | 05/29/2014 15:22:14 | esm |
| **Narrative Description** | | |
| RO WAS SERVED BY CAPT MACDONALD | | |

## Dispositions

| Dispositions | | | | | |
|---|---|---|---|---|---|
| Type | Disposition | Incident Report? | Accident Report? | Due By | |
| POLICE | (300) SERVICE RENDERE | | | MACDONALD, J | |

06/05/2014 THU 12:35 PM [TX/RX NO 5678]   @0021

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

RECEIVED
U.S. MARSHAL
CONCORD, NH

United States of America

Case No. 13-cr-28-01-SMN

v.                                    2014 JUN  5  PM 3 12

Kurt Sanborn

# WARRANT FOR ARREST

TO:  The United States Marshal
     and any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest Kurt Sanborn and bring him forthwith to
the nearest magistrate judge to answer a Petition charging him with

     Violation of Condition of Bail. *See* Petition attached.

ISSUED BY:

DATE:  June 5, 2014

Judith A. Barrett
Deputy Clerk

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

UNITED STATES PROBATION & PRETRIAL SERVICES
### District of New Hampshire

# MEMORANDUM

| | |
|---|---|
| **DATE** | June 5, 2014 |
| **TO:** | Honorable Daniel J. Lynch<br>U.S. Magistrate Judge |
| **FROM:** | Sean Buckley<br>U.S. Probation Officer |
| **RE:** | Kurt Sanborn (13-CR-28-01-SM) |



### Report of Bail Violation- Warrant Recommended

Release Status

On April 16, 2013, the defendant was released on conditions by this Court (see attached Bail conditions) for pending charges of Wire Fraud, Mail Fraud, and Bank Fraud. The defendant pled guilty to these charges on May 9, 2014 and sentencing is set for August 27, 2014.  Since his release on bail, the defendant has been supervised on a courtesy basis in the District of Massachusetts given that he resides there.  It should also be noted that Sanborn is also under post-conviction supervised release in that District based on a prior conviction in this Court for Wire Fraud on November 19, 2009.  He was sentenced to a 36-month period of imprisonment and was released to supervision on March 1, 2012.  No violations have been previously filed.

Details of Violation

**Condition 1:** The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

On this date, this officer was informed by U.S. Pretrial Services Officer Gina Affsa that Sanborn was arrested in the District of Rhode Island on charges of Violation of Protection Order (Misdemeanor) and Domestic Stalking (Felony).  According to the East Greenwich (RI) Detective, Sanborn is accused of stalking his former girlfriend, Mary Wharton.  The police report alleges that, on May 19, 2013, Mary Wharton, reported to law enforcement that Sanborn continuously came to her home unexpectedly and had entered her home without permission.  Ms. Wharton further stated that the defendant recently had the locks at her residence changed by a locksmith without her permission.  On May 23, 2014, Wharton informed police that she observed the defendant in her driveway that morning which prompted her to obtain a restraining order on May 29, 2014, which was served on the defendant that same day.

According  to the detective, the defendant is also alleged to have entered Wharton's home through a remote animal access door; accessed her cell phone so that he could see her texts, calls,

Honorable Daniel J. Lynch
RE: Kurt Sanborn (13-CR-28-01-SM)
June 5, 2014
Page 2

etc; had a friend impersonate a federal officer and approach the victim; and, he also accessed her bank account, which caused her account to be frozen. Lastly, the detective advised that, on June 4, 2014, Sanborn was observed outside of Wharton's place of work, and later that same day, traveling in a vehicle on Spring Valley Road where Wharton resides.

<u>Recommendation:</u>

Based on the fact that Sanborn is convicted and pending sentencing and the fact that he was arrested in another district for two serious offenses, this officer requests that warrant be issued so that he may be brought before the Court to show cause why his bail should not be revoked due to his being in violation of Standard Condition #1 – the defendant shall not violate any state, local, or federal law. It is further recommended that the warrant be sealed at Level II pending arrest.

Reviewed by:                                    Respectfully submitted:

Jodi L. Gauvin                                  Sean P. Buckley
Supervising U.S. Probation Officer              U.S. Probation Officer
Date: June 5, 2014                              Date: June 5, 2014

***********************************************************************
THE COURT ORDERS
[ ] No Action
[✓] The Issuance of a Warrant / Matter Sealed Pending Arrest
[ ] The Issuance of a Summons
[ ] Other

Honorable Daniel J. Lynch
U.S. District Judge